**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NEW FALLS CORPORATION,

                        Plaintiff,                               **ORDER**

           -against-                                 CV 19-449 (ADS) (AKT)

SONI HOLDINGS, LLC, KUNAL SONI, ANJALI
SONI, 632 MLK BLVD JR LLC, OM P. SONI,
SONI CAPITAL RESOURCES, LLC, KANWAL
KAPUR, WEANONA HUGIE, and RICHARD
SPEARS,

                        Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has reviewed the June 3, 2019 letter motion of counsel for Defendants Soni Holdings, LLC, Kunal Soni, Anjali Soni, 632 MLK BLVD JR, LLC, Om P. Soni and Soni Capital Resources, LLC, seeking relief in accordance with various sections of Federal Rule of Civil Procedure 65, and for an expedited hearing and/or decision on the merits Plaintiff's motion for a preliminary junction. *See* DE 49. The Court has also reviewed the opposition filed by counsel for the Plaintiff. *See* DE 50. Initially, the Court notes that Attorney Reynolds has not cited a single case supporting his arguments. Further, Defendants' counsel has been aware for nearly two weeks that the preliminary injunction hearing is set for June 26, 2019, and yet he raised no objection until filing his June 3 letter motion concerning the purported contract for sale of the subject premises for which the closing had to occur the very next day, June 4, 2019.

       The Court finds that Defendants' counsel has not established good cause for the relief sought. The application is therefore DENIED.

**SO ORDERED.**

Dated: Central Islip, New York
June 6, 2019

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
United States Magistrate Judge